**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Mulvey,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>    Defendant. | No. CIV 05-3569-PHX-ROS (GEE)<br><br>**REPORT AND RECOMMENDATION** |

On November 4, 2005, the plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 claiming his civil rights were being violated by his conditions of confinement. On February 24, 2006, this court screened the complaint and ordered commencement of service.

In that service order, the court specifically warned the plaintiff he must complete service within 60 days of the filing of the order or within the 120-day time limit allowed by FED.R.CIV.P. 4(m), whichever is later. Failure to do so, the court warned, could lead to dismissal of the action. *See also* LRCiv 16.2(b)(2)(B)(i). The court further warned the plaintiff he must immediately advise the court of any change in his address or the action could be dismissed for failure to prosecute.

That same day, the court sent a service packet to the plaintiff for processing. The plaintiff, however, did not return the completed packet. The court issued the plaintiff an order to show cause why this case should not be dismissed, but the order was returned as undeliverable.

1     The time limits for service have passed, and service has not been completed. The
2 plaintiff has apparently changed his address without advising the court.

4     Recommendation
5     The Magistrate Judge recommends the District Court, after its independent review of
6 the record, enter an order

8     DISMISSING this action for failure to prosecute.

10    Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within
11 10 days of being served with a copy of this report and recommendation.   If objections are
12 not timely filed, the party's right to de novo review may be waived. *See United States v.*
13 *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc).
14    The Clerk is directed to send a copy of this report and recommendation to all parties.

16    DATED this 4th day of May, 2006.

_____
Glenda E. Edmonds
United States Magistrate Judge